IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADRIAN CASTRO,          ) | |
|     Movant,         ) | |
| ) | No. 3:16-CV-1761-G-BH |
| vs.           ) | No. 3:04-CR-18-G (1) |
| ) | |
| UNITED STATES OF AMERICA,  ) | |
|     Respondent.      ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The *Movant's Request for an Indicative Ruling on an Opposed Motion for Leave to File An Amended or Supplemental Pleading*, filed on February 12, 2020 (doc. 14), is **DENIED**.

    **SO ORDERED.**

October 15, 2020

 

*/s/ A. Joe Fish*
**A. JOE FISH
Senior United States District Judge**